# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| JANET R. HEMMINGER, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 08-cv-186-bbc |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    The petition of plaintiff for an award of attorney fees under the Equal Access to Justice Act is GRANTED and plaintiff is AWARDED fees in the amount of $5,199.75 .

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____        _____6/26/09_____
**by Deputy Clerk**        Date